UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN F. DERRIG, DORIS M. DERRIG

    Plaintiffs,

v().                                             Case No:  2:12-cv-681-FtM-38UAM

SUNCOAST SCHOOLS FEDERAL
CREDIT UNION, ALLIED
INTERNATIONAL CREDIT
CORPORATION,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file.  On April 8, 2013, the Court entered an Order (Doc. #5) to show cause why the case should not be dismissed for failure to prosecute.  On April 9, 2013, Plaintiffs filed a Response to the Order to Show Cause (Doc. #6) indicating that a resolution had been reached and that the parties were working to memorialize their resolution.  There has been no activity in the case since then.

Accordingly, it is now **ORDERED:**

Plaintiff is directed to file a report with the Court providing the status of their settlement discussions on or before June 17, 2013.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record