UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN F. DERRIG, DORIS M. DERRIG

    Plaintiffs,

v.                                                    Case No:  2:12-cv-681-FtM-38UAM

SUNCOAST SCHOOLS FEDERAL
CREDIT UNION, ALLIED
INTERNATIONAL CREDIT
CORPORATION,

    Defendants.
_____/

**ORDER**

This matter comes before the Court on Plaintiffs' Stipulation for Dismissal with Prejudice (Doc. # 11), filed on June 12, 2013.

Fed. R. Civ. P. 41(a)(1) provides that an action may be dismissed by the plaintiff without order of the court by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  The stipulation at issue was not signed by Defendant Suncoast Schools Federal Credit Union.

Accordingly, it is now

**ORDERED**:

Defendant Suncoast Schools Federal Credit Union is directed to **file a notice** with the Court regarding its position on Plaintiffs' Stipulation for Dismissal with Prejudice (Doc. # 11) **by June 20, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record