**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JOHN F. DERRIG and
DORIS M. DERRIG,

      PlaintiffS,

v.                                                Case No:  2:12-cv-681-FtM-38UAM

SUNCOAST SCHOOLS FEDERAL
CREDIT UNION and ALLIED
INTERNATIONAL CREDIT CORP.
(US),

      Defendants.
_____/

**ORDER**

This matter comes before the Court on the parties' Amended Stipulation for Dismissal with Prejudice (Dkt. #15), filed on July 12, 2013, which requests dismissal of this action pursuant to a settlement agreement executed by the parties.  The Stipulation satisfies Fed. R. Civ. P. 41(a)(1)(ii), as it is signed by all parties who have appeared in this case.

The parties request that the Court retain jurisdiction of the case for six months for the purpose of enforcing the terms of the settlement agreement.  The Court is generally reluctant to do so, but will consider the request in this instance, only after it has had an opportunity to review the terms of the settlement agreement.

Accordingly, it is now

**ORDERED:**

(1) The parties are directed to provide a copy of the settlement agreement, in camera, by **July 29, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record